UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| CITIBANK, N.A., as assignee of<br>CITICAPITAL MUNICIPAL FINANCE<br><br>                                    Plaintiff<br>- v -<br><br>CITY OF BURLINGTON and MCNEIL, LEDDY &<br>SHEAHAN, P.C.<br><br>                                  Defendants. | Docket No. 2:11-cv-00214-wks |

**PARTIES' JOINT MOTION TO STAY PROCEEDING
PENDING COMPLETION OF PARTIES' MEDIATED SETTLEMENT AGREEMENT
AND JOINT MOTION TO AMEND STIPULATED ORDER**

Plaintiff Citibank, N.A. ("Citibank"), Defendant City of Burlington ("Burlington"), and Defendant McNeil, Leddy & Sheahan, P.C. ("McNeil, Leddy") (together, the "Parties"), by and through their respective counsel, respectfully request that the Court stay this action, toll all deadlines in the above-captioned action, and defer ruling on any pending motions, so that the Parties may comply with the terms of a Mediated Settlement Agreement entered into by the Parties after a two-day Early Neutral Evaluation session held January 21 to 22, 2014.

As part of the Mediated Settlement Agreement the Parties also ask this Court to amend its March 27, 2012 Joint Stipulation and Order ("the Order"). The Parties seek to amend Paragraph 1 of the Order so that all further monthly payments under Paragraph 1 will be paid to Citibank and that no payments will be made into the Court. Paragraph 1 is further amended so as to obligate Burlington to make monthly payments to Citibank in an amount equal to the greater of (a) sixty percent (60%) of the "Net Cash Flow" as presently defined in the Order, or (b) $50,000.00 per month from the net revenues of Burlington Telecom. The Parties further amend

{00086773.1}                                                     1

Paragraph 1 to state that when the sum paid to Citibank under the amended Order reaches a total of $250,000.00, Burlington will then pay on a monthly basis to Citibank sixty percent of "Net Cash Flow" as defined in the Order.  The Parties agree that while this proceeding is stayed, and in accordance with the Mediated Settlement Agreement, Burlington will continue to make these payments to Citibank under the Order as amended. The Parties further agree that the payments will terminate upon dismissal of this action.

Respectfully submitted,

Dated: January 31, 2014         CITIBANK, N.A., AS ASSIGNEE OF CITICAPITAL
                                MUNICIPAL FINANCE

                                By its attorneys

                                /s/ Kevin M. Fitzgerald
                                Kevin M. Fitzgerald, Esq. (Admitted *Pro Hac Vice*)
                                W. Scott O'Connell, Esq. (Bar No. 3368)
                                Holly J. Barcroft, Esq. (Bar No. 4165)
                                Anthony J. Galdieri, Esq. (Admitted *Pro Hac Vice*)
                                NIXON PEABODY LLP
                                900 Elm Street, 14th Floor
                                Manchester, NH  03101-2031
                                TEL:  (603) 628-4000
                                kfitzgerald@nixonpeabody.com
                                soconnell@nixonpeabody.com
                                hbarcroft@nixonpeabody.com
                                agaldieri@nixonpeabody.com

THE CITY OF BURLINGTON

      By its attorneys

Dated: January 31, 2014    By:    /s/ Marc B. Heath
    Robert B. Luce
    Marc B. Heath
    Eric A. Poehlmann
    Jennifer E. McDonald
    DOWNS RACHLIN & MARTIN PLLC
    199 Main Street, P.O. Box 190
    Burlington, VT 05402
    Tel: 802-863-2375
    mheath@drm.com

    By:    /s/Michael B. Rosenberg
    Thomas R. Melloni
    Michael B. Rosenberg
    Daniel A. Seff
    Alexander J. LaRosa
    BURAK ANDERSON & MELLONI, PLC
    30 Main Street
    P.O. Box 787
    Burlington, VT  05402-0787
    TEL:  (802) 862-0500
    mrosenberg@vtlaw1.com
    alarosa@vtlaw1.com


DEFENDANT MCNEIL, LEDDY & SHEAHAN

      By its attorneys

Dated: January 31, 2014    By:    /s/ Harry R. Ryan, III

    Harry R. Ryan, III, Esq.
    Allen R. Keyes, Esq.
    RYAN SMITH & CARBINE, LTD.
    98 Merchants Row
    P.O. Box 310
    Rutland, VT  05702-0310
    TEL:  (802) 786-1000
    hrr@rsclaw.com
    ark@rsclaw.com