UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| CITIBANK, N.A., as assignee of<br>CITICAPITAL MUNICIPAL FINANCE<br><br>                                        Plaintiff<br>              - v -<br><br>CITY OF BURLINGTON and MCNEIL, LEDDY &<br>SHEAHAN, P.C.<br><br>                                        Defendants. | Docket No. 2:11-cv-00214-wks |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties hereto, by their respective attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned matter may be, and hereby is, DISMISSED WITH PREJUDICE, with each party to bear its own costs.

Respectfully submitted,

Dated: January 2, 2015

| THE CITY OF BURLINGTON | THE CITY OF BURLINGTON |
|---|---|
| By:  /s/ Marc B. Heath<br>Marc B. Heath, Esq.<br>DOWNS RACHLIN MARTIN PLLC<br>199 Main Street, P.O. Box 190<br>Burlington, VT 05402<br>Tel: 802-863-2375<br>mheath@drm.com | By: /S/ Alexander J. LaRosa<br>Alexander J. LaRosa, Esq.<br>BURAK ANDERSON & MELLONI, PLC<br>30 Main Street<br>P.O. Box 787<br>Burlington, VT  05402-0787<br>Tel.:  (802) 862-0500<br>alarosa@vtlaw1.com |

{00119963.1}                                                     1

CITIBANK, N.A.

By: /s/ Kevin M. Fitzgerald

Kevin M. Fitzgerald, Esq. (*Admitted Pro Hac Vice*)
NIXON PEABODY LLP
900 Elm Street, 14th Floor
Manchester, NH  03101-2031
TEL:  (603) 628-4000
kfitzgerald@nixonpeabody.com

{00119963.1}                    2